# UNITED STATES DISTRICT COURT
for the

FILED
2015 NOV 24 PM 3:35

Beatriz Huml
*Plaintiff(s)*

v.

Civil Action No. 3:15-CV-00126-DCG

The State of Texas
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* c/o Office of The Texas Attorney General
300 West 15th Street
Austin, Texas 78701
ATTN: Edward Marshall, Esq.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Beatriz Huml, Relator
Richard H. Ramon, Esq.
1018 Broad Street
El Paso, Texas 79902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Edward Marshall, Esq. , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of Texas
Attorney General, 300 West 15th ST, Austin, TX 78701 on *(date)* 7/23/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Richard A. Roman, attorney
*Printed name and title*

1018 Brown ST, El Paso, TX 79902
*Server's address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that on July 23rd, 2015 a true and correct copy of the foregoing "Notice of Filing" has been forwarded to the attention of Office of the Attorney General of the United States, The United States Department of Justice, The United States Attorney for the Western District of Texas (askdoj@usdoj.com); john.locurto@usdoj.gov, jean.smith-harnden@usdoj.gov, usatxw.ecfsacivil@usdoj.gov and via the CM/ECF electronic filing system, and the Texas Attorney General's Office at edward.marshall@texasattorneygeneral.gov, laura.haney@texasattorneygeneral.gov; ken.paxton@texasattorneygeneral.org and regular mail.

# AFFIDAVIT OF SERVICE

"I hereby certify that on this day, May 13, 2015, a copy of the enclosed "Qui Tam" petition was served via electronic transmission upon: (1) The Honorable Loretta Lynch, US Attorney General to **askdoj@usdoj.com**; (2) The US Attorney's Office, Western District of Texas, Atten: Jean.Smith-Hernden at **jean.smith-hernden@usdoj.com**; (3) The US Attorney's Office, Western District of Texas, El Paso Office, Atten:: **Jose Luis Gonzalez** at **jose.gonzalez@usdoj.gov** and (4) The Texas Attorney General's Office, The Honorable Ken Paxton at **ken.paxton@texasattorneygeneral.gov**.

Affiant sayeth further not"

_____
Richard A. Roman, Esq.

**State of Texas**      )
                        )   **ACKNOWLEDEMENT**
**County of El Paso**   )

This Affidavit of Service was signed and acknowledged before me on this 13 day of May, 2015 by Richard A. Roman.


Staci Nicole Anderson
Notary Public, State of Texas
My Commission Expires:
March 12, 2016

_____
Notary Public, State of Texas