# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BEATRIZ HUML, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>STATE OF TEXAS, in its capacity as a member of the Joint State-Federal Mortgage Settlement Task Force, <br><br>　　　　Defendant. | Civil A. No. 3:15-cv-126-DCG <br><br>**UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE** |

The United States declined to intervene in this qui tam action on or about July 10, 2015. (Dkt. #4.) The Court subsequently ordered the relator, Beatriz Huml, to serve the defendant State of Texas. (Dkt. #5.) On November 24, 2015, the Court ordered the relator to show cause why this action should not be dismissed for failure to effect service. (Dkt. #29.) The United States does not object to dismissal of this qui tam action, provided that the dismissal is without prejudice to the rights of the government under Fed. R. Civ. P. 4(m).

Date: November 25, 2015

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By: */s/ John J. LoCurto*

---

JOHN J. LoCURTO
Assistant United States Attorney
Texas Bar No. 24073750
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7362
Fax: (210) 384-7322
Email: john.locurto@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that, on November 25, 2015, I caused a copy of the foregoing response to be filed via the Court's ECF system, which caused a notice of electronic filing to be served on all counsel of record.

></br>

*/s/ John J. LoCurto*
JOHN J. LoCURTO
Assistant United States Attorney